# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

'11 OCT -5 P1:01

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
US DISTRICT COURT CLERK
WSTN DIST. KENTUCKY

Richard Anthony Filipelli

_____
(Full name of the Plaintiff(s) in this action)

v.

Hopkins County Jail

_____
_____
_____
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:11CV120-M
(To be supplied by the clerk)

(_) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

   (A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

   (1) Name of Plaintiff: Richard Anthony Filipelli

   Place of Confinement: Hopkins County Jail

   Address: Po Box 1030 Madisonville Ky. 42431

   Status of Plaintiff: CONVICTED (X) PRETRIAL DETAINEE (__)

   (2) Name of Plaintiff: _____

   Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Deputy Coy_ is employed as _Mailroom officer_ at _Hopkins Co. Jail_.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2) Defendant _Joe Blue_ is employed as _Jailer_ at _Hopkins Co. Jail_.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.  PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):    _____

_____

Defendant(s):  _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I received a letter containing an item which would be considered as "unauthorized", or "contraband." Instead of the mailroom officer showing me the item, and giving me the opportunity to send the item back out at my own expense or to make the decision to discard or destroy the item, He simply took the item and did whatever it is he does with people's mail, and he didn't say a word to me about it. I had to read the letter in order to know I was missing a necklace I made for my girlfriend many years ago.

My right to full disclosure in my mail has been violated. By taking any item out of a letter addressed to me

4

### III. STATEMENT OF CLAIM(S) continued

without my knowledge, (contraband or not) is not only a violation of my rights, but also a violation of federal law.

Also, I witnessed several people receive "legal mail/documents" in here through the mail system, and when they first lay eyes on the documents, the jail staff/mailroom officer has already opened it. This is also a violation of rights as any legal document is privelaged, and should only be opened in front of the addressee or recipient, so that he/she knows that noone else is reading their privelaged mail!

5

IV.  **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

____ award money damages in the amount of $ _____

_X_ grant injunctive relief by _Not allowing this to happen to anyone else._

_X_ award punitive damages in the amount of $ _5,000.00 for the loss of the sentimental item._

_X_ other: _Transfer me to another facility (anywhere else!)_

V.  **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _24_ day of _August_, 20_11_.

_Richard Filipelli_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Richard
PO Box
Madisonville Ky. 42431

INMATE UNCENSORED MAIL
Hopkins County Jail
P.O. Box 1030
Madisonville, KY 42431



Western District Federal C
501 Broadway
Paducah Ky. 42001